FILED
IN CLERKS OFFICE

# UNITED STATES DISTRICT COURT
for the
_____ District of __MA__

2023 NOV 15 PM 1:11

U.S. DISTRICT COURT
DISTRICT OF MASS.

__MA__ Division

Hongnian Guo

_Plaintiff(s)_
(Write the full name of each plaintiff who is filing this complaint.
If the names of all the plaintiffs cannot fit in the space above,
please write "see attached" in the space and attach an additional
page with the full list of names.)

-v-

Brookline Police Department
Keaveney, Kerry C
Mealy, Kevin Gerard

_Defendant(s)_
(Write the full name of each defendant who is being sued. If the
names of all the defendants cannot fit in the space above, please
write "see attached" in the space and attach an additional page
with the full list of names.)

Dana & Inchierca, Badge #273

) Case No. _____
) (to be filled in by the Clerk's Office)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

**COMPLAINT AND REQUEST FOR INJUNCTION**

I. **The Parties to This Complaint**

   A. **The Plaintiff(s)**

   Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

   Name: Hongnian Guo
   Street Address: 81 East Spring St
   City and County: Barrington / Bristol
   State and Zip Code: Rhode Island 02806
   Telephone Number: 860-508-4363
   E-mail Address: guohn2000@gmail.com

   B. **The Defendant(s)**

   Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title _(if known)_. Attach additional pages if needed.

Page 1 of 6

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

Defendant No. 1
- Name: Brookline Police Department
- Job or Title (if known):
- Street Address: 350 Washington St
- City and County: Brookline, Norfolk
- State and Zip Code: MA, 02445
- Telephone Number: 617-730-2222
- E-mail Address (if known):

Defendant No. 2
- Name: Keaveney, Kerry C
- Job or Title (if known):
- Street Address: 350 Washington St,
- City and County: Brookline, Norfork
- State and Zip Code: MA, 02445
- Telephone Number: 617-730-2222
- E-mail Address (if known):

Defendant No. 3
- Name: Mealy, Kevin Gerard
- Job or Title (if known):
- Street Address: 350 Washington St
- City and County: Brookline, Norfolk
- State and Zip Code: MA, 02445
- Telephone Number: 617-730-2222
- E-mail Address (if known):

Defendant No. 4
- Name: Inchierca Badge 273
- Job or Title (if known):
- Street Address: 350 Washington St
- City and County: Brookline, Norfolk
- State and Zip Code: MA, 02445
- Telephone Number: 617-730-2222
- E-mail Address (if known):

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

[X] Federal question     [X] Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

**A.   If the Basis for Jurisdiction Is a Federal Question** (Attachment-1)

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

false Arrest — ① Arrested the Plaintiff in the lobby of Brookline Police Department 4th Amendment

② Searched the Plaintiff property without Permission. → unreasonable search.

**B.   If the Basis for Jurisdiction Is Diversity of Citizenship**

1. The Plaintiff(s)

   a. If the plaintiff is an individual

      The plaintiff, *(name)* __Hongnian Guo__, is a citizen of the State of *(name)* __R.I.__.

   b. If the plaintiff is a corporation

      The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____,

      and has its principal place of business in the State of *(name)* _____.

   *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)  (Attachment-2)

   a. If the defendant is an individual

      The defendant, *(name)* _____, is a citizen of the State of *(name)* _____. Or is a citizen of *(foreign nation)* _____.

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

    b.    If the defendant is a corporation

The defendant, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

Or is incorporated under the laws of *(foreign nation)* _____, and has its principal place of business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.    **The Amount in Controversy**

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

Asking for the compesation $100,000,000

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the injunction or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A.    Where did the events giving rise to your claim(s) occur?

Brookline village

B.    What date and approximate time did the events giving rise to your claim(s) occur?

Jan 28, 2020 → Nov 13, 2023

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

C. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

(Attachment 3)

IV. **Irreparable Injury**

Explain why monetary damages at a later time would not adequately compensate you for the injuries you sustained, are sustaining, or will sustain as a result of the events described above, or why such compensation could not be measured.

① Lost Custody.
② Lost 4 years with kids.
③ Permanent vision Disability.

V. **Relief**

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

① Compensation $1,000,000
② Penalty $5M.

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 11/14/2023

Signature of Plaintiff
Printed Name of Plaintiff  Hongnian Guo

### B. For Attorneys

Date of signing:

Signature of Attorney
Printed Name of Attorney
Bar Number
Name of Law Firm
Street Address
State and Zip Code
Telephone Number
E-mail Address

## Attachment_1:

## Federal Questions:

1. **_False arrest:_** 3 times, Fourth Amendment to the constitution, "protecting people from unreasonable searches and seizures by the government."

2. **_unreasonable search:_** 2 times, Fourth Amendment to the constitution, "protecting people from unreasonable searches and seizures by the government."

Attachment_2_Defendant list:

1. 1st Defendant: Brookline Police Department
   350 WASHINGTON STREET
   BROOKLINE, MA 02445
   PHONE: 617-730-2222

2. 2nd Defendant: Keaveney, Kerry C
   350 WASHINGTON STREET
   BROOKLINE, MA 02445
   PHONE: 617-730-2222

3. 3rd Defendant: Mealy, Kevin Gerard
   350 WASHINGTON STREET
   BROOKLINE, MA 02445
   PHONE: 617-730-2222

4. 4th Defendant, Inchierca #273
   350 Washington. St
   Brookline, MA, 02445
   Phone: 617-730-2237