1

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **Hongnian Guo,** ) | |
| Plaintiff, ) | **1:23-cv-12704-MJJ** |
| v. ) | |
| **Brookline Police Department et al.** ) | |
| Defendant ) | |

## JUDGMENT

April 29, 2024

**Joun, D.J.**

In accordance with the Court's Memorandum of Decision entered and dated April 29, 2024, it is hereby ORDERED that this action is dismissed.

/s/ Myong J. Joun
Myong J. Joun
United States District Judge